UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARTHUR HAROLD AUSBURN**                                                              **PLAINTIFF**

V.                     NO. 4:21-cv-01145-BRW-JTR

**KILOLO KIJAKAZI,**
Acting Commissioner,
Social Security Administration                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this 16th day of November, 2022.

                                                   BILLY ROY WILSON
                                           UNITED STATES DISTRICT JUDGE